■ In the Matter of FRANK J. CENTNER et al., Appellants, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ In the Matter of the Arbitration between BARNETT HOLLANDER, Appellant, and EDGAR J. BERNHEIMER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ ESTHER YUDELL, Respondent, v. ROBERT I. YUDELL, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ In the Matter of H. G. SANDVOSS, Petitioner, against MARY DONLON, as Chairman of the Workmen's Compensation Board of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.